DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United Van Lines LLC, | ) | |
| | ) | CASE NO. 5:12 CV 2058 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| Frank Jones, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons contained in the Memorandum Opinion and Order filed contemporaneously herewith, Defendants' Motion for Default Judgment is GRANTED, and Judgment is entered in favor of Plaintiff United Van Lines LLC and against defendant Frank Jones in the sum of $6,503.68.

The Clerk is directed to mail a copy of this Judgment Entry to defendant Frank Jones at his address of record.

IT IS SO ORDERED.

| | |
|---|---|
| January 23, 2013 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |